KAMALA D. HARRIS
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General
KARLI EISENBERG
Deputy Attorney General
State Bar No. 281923
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5360
  Fax: (916) 324-5567
  E-mail: Karli.Eisenberg@doj.ca.gov
*Attorneys for Defendants Department*
*of Managed Health Care, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SKYLINE WESLEYAN CHURCH,**<br><br>Plaintiff,<br><br>**v.**<br><br>**CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendants. | 3:16-cv-00501-H (DHB)<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed:     February 4, 2016 |

Defendants California Department of Managed Health Care (DMHC) and Michelle Rouillard, in her official capacity as Director of DMHC, answer Plaintiff's complaint by admitting, denying, and alleging as follows:

1.    In response to paragraph 1, to the extent that this paragraph purports to paraphrase, state or interpret Plaintiff's Complaint, the Complaint speaks for itself, and as such, does not require an answer.  Additionally, Defendants respond that as a

1

matter of state law, the DMHC does not regulate insurance products or insurers, only health care service plans.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 1, Defendants deny each and every allegation of paragraph.

2.      In response to paragraph 2, to the extent that this paragraph purports to paraphrase, state or interpret the letters issued by DMHC, these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 2, Defendants deny each and every allegation of paragraph 2.

3.      In response to paragraph 3, to the extent that this paragraph purports to paraphrase, state or interpret the letters issued by DMHC, these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 3, Defendants deny each and every allegation of paragraph 3.

4.      In response to paragraph 4, to the extent that this paragraph purports to paraphrase, state or interpret the letters issued by DMHC, these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 4, Defendants deny each and every allegation of paragraph 4.

5.      In response to paragraph 5, this paragraph purports to paraphrase, state or interpret laws or regulations, however, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 5, Defendants deny each and every allegation of paragraph 5.

6.     In response to paragraph 6, to the extent that this paragraph purports to paraphrase, state or interpret the letters issued by DMHC, these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 6, Defendants deny each and every allegation of paragraph 6.

7.     In response to paragraph 7, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

8.     In response to paragraph 8, to the extent that this paragraph purports to paraphrase, state or interpret the letters issued by DMHC, these letters speak for themselves, and as such, do not require an answer.  Additionally, Defendants respond that as a matter of state law, the DMHC does not regulate insurance products or insurers, only health care service plans.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 8, Defendants deny each and every allegation of paragraph 8.

9.     In response to paragraph 9, to the extent that this paragraph purports to paraphrase, state or interpret Plaintiff's Complaint, the Complaint speaks for itself, and as such, does not require an answer.  Furthermore, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 9, Defendants deny each and every allegation of paragraph 9.

**JURISDICTION AND VENUE**

10.     In response to paragraph 10, to the extent that this paragraph purports to paraphrase, state or interpret Plaintiff's Complaint, the Complaint speaks for itself, and as such, does not require an answer.  Furthermore, to the extent that the allegations constitute legal argument, those allegations do not require an answer.

Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 10, Defendants deny each and every allegation of paragraph 10.

11.   In response to paragraph 11, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 11, Defendants deny each and every allegation of paragraph 11.

12.   In response to paragraph 12, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 12, Defendants deny each and every allegation of paragraph 12.

13.   In response to paragraph 13, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 13, Defendants deny each and every allegation of paragraph 13.

**PARTIES**

14.   In response to paragraph 14, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

15.   In response to paragraph 15, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

16.   In response to paragraph 16, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

17.   In response to paragraph 17, Defendants admit that DMHC is charged with executing the Knox-Keene Act "to ensure that health care service plans provide enrollees with access to quality health care services and protect and promote the interests of enrollees." Cal. Health & Saf. Code § 1341(a).  The intent and purpose of the Knox–Keene Act are "to promote the delivery and the quality of health and medical care to the people of the State of California who enroll in, or subscribe for the services rendered by, a health care service plan or specialized health care service plan." *Id*. at § 1342.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 17, Defendants deny each and every allegation of paragraph 17.

18.   In response to paragraph 18, Defendants admit that Michelle Rouillard is the Director of the DMHC.  To the extent that this paragraph purports to paraphrase, state or interpret the letters issued by DMHC, these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 18, Defendants deny each and every allegation of paragraph 18.

**FACTS**

19.   In response to paragraph 19, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

20.   In response to paragraph 20, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

21.   In response to paragraph 21, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

22.   In response to paragraph 22, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

23.   In response to paragraph 23, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

24.   In response to paragraph 24, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

25.   In response to paragraph 25, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

26.   In response to paragraph 26, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

27.   In response to paragraph 27, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

28.   In response to paragraph 28, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.  To the extent that this paragraph purports to paraphrase, state or interpret the federal requirements under the Patient Protection and Affordable Care Act ("ACA"), those laws speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 28, Defendants deny each and every allegation of paragraph 28.

29.   In response to paragraph 29, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

30.   In response to paragraph 30, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

31.   In response to paragraph 31, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

32.   In response to paragraph 32, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

33.   In response to paragraph 33, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

34.   In response to paragraph 34, to the extent that this paragraph purports to paraphrase, state or interpret the letters issued by DMHC, these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 34, Defendants deny each and every allegation of paragraph 34.

35.   In response to paragraph 35, to the extent that this paragraph purports to paraphrase, state or interpret the letters issued by DMHC, these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 35, Defendants deny each and every allegation of paragraph 35.

36.   In response to paragraph 36, to the extent that this paragraph purports to paraphrase, state or interpret the letters issued by DMHC, these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 36, Defendants deny each and every allegation of paragraph 36.

37.   In response to paragraph 37, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not

7

require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 37, Defendants deny each and every allegation of paragraph 37.

38.   In response to paragraph 38, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 38, Defendants deny each and every allegation of paragraph 38.

39.   In response to paragraph 39, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 39, Defendants deny each and every allegation of paragraph 39.

40.   In response to paragraph 40, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 40, Defendants deny each and every allegation of paragraph 40.

41.   In response to paragraph 41, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects

1   and to the extent an answer is deemed necessary to the allegations in paragraph 41,

2   Defendants deny each and every allegation of paragraph 41.

3       42.   In response to paragraph 42, to the extent that the allegations constitute

4   legal argument, those allegations do not require an answer.  Additionally, to the

5   extent that this paragraph purports to paraphrase, state or interpret laws or

6   regulations, these laws or regulations speak for themselves, and as such, do not

7   require an answer.  Moreover, the allegations purport to paraphrase, state or

8   interpret the letters issued by DMHC, and these letters speak for themselves, and as

9   such, do not require an answer.  Further, Defendants respond that as a matter of

10  state law, the DMHC does not regulate insurance products or insurers, only health

11  care service plans.  Except as otherwise admitted or denied, and in all other respects

12  and to the extent an answer is deemed necessary to the allegations in paragraph 42,

13  Defendants deny each and every allegation of paragraph 42.

14      43.   In response to paragraph 43, to the extent that the allegations constitute

15  legal argument, those allegations do not require an answer.  Additionally, to the

16  extent that this paragraph purports to paraphrase, state or interpret laws or

17  regulations, these laws or regulations speak for themselves, and as such, do not

18  require an answer.  Moreover, the allegations purport to paraphrase, state or

19  interpret the letters issued by DMHC, and these letters speak for themselves, and as

20  such, do not require an answer.  Except as otherwise admitted or denied, and in all

21  other respects and to the extent an answer is deemed necessary to the allegations in

22  paragraph 43, Defendants deny each and every allegation of paragraph 43.

23      44.   In response to paragraph 44, to the extent that the allegations constitute

24  legal argument, those allegations do not require an answer.  Additionally, to the

25  extent that this paragraph purports to paraphrase, state or interpret laws or

26  regulations, these laws or regulations speak for themselves, and as such, do not

27  require an answer.  Moreover, the allegations purport to paraphrase, state or

28  interpret the letters issued by DMHC, and these letters speak for themselves, and as

9

1   such, do not require an answer.  Except as otherwise admitted or denied, and in all

2   other respects and to the extent an answer is deemed necessary to the allegations in

3   paragraph 44, Defendants deny each and every allegation of paragraph 44.

4        45.   In response to paragraph 45, to the extent that the allegations constitute

5   legal argument, those allegations do not require an answer.  Moreover, the

6   allegations purport to paraphrase, state or interpret the letters issued by DMHC, and

7   these letters speak for themselves, and as such, do not require an answer.

8   Additionally, Defendants respond that as a matter of state law, the DMHC does not

9   regulate insurance products or insurers, only health care service plans.  Except as

10  otherwise admitted or denied, and in all other respects and to the extent an answer

11  is deemed necessary to the allegations in paragraph 45, Defendants deny each and

12  every allegation of paragraph 45.

13       46.   In response to paragraph 46, to the extent that the allegations constitute

14  legal argument, those allegations do not require an answer.  Moreover, the

15  allegations purport to paraphrase, state or interpret the letters issued by DMHC, and

16  these letters speak for themselves, and as such, do not require an answer.

17  Additionally, Defendants respond that as a matter of state law, the DMHC does not

18  regulate insurance products or insurers, only health care service plans.  Except as

19  otherwise admitted or denied, and in all other respects and to the extent an answer

20  is deemed necessary to the allegations in paragraph 46, Defendants deny each and

21  every allegation of paragraph 46.

22       47.   In response to paragraph 47, to the extent that the allegations constitute

23  legal argument, those allegations do not require an answer.  Moreover, the

24  allegations purport to paraphrase, state or interpret the letters issued by DMHC, and

25  these letters speak for themselves, and as such, do not require an answer.

26  Additionally, Defendants respond that as a matter of state law, the DMHC does not

27  regulate insurance products or insurers, only health care service plans.  Except as

28  otherwise admitted or denied, and in all other respects and to the extent an answer

is deemed necessary to the allegations in paragraph 47, Defendants deny each and every allegation of paragraph 47.

48.   In response to paragraph 48, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 48, Defendants deny each and every allegation of paragraph 48.

49.   In response to paragraph 49, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 49, Defendants deny each and every allegation of paragraph 49.

50.   In response to paragraph 50, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 50, Defendants deny each and every allegation of paragraph 50.

51.   In response to paragraph 51, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 51, Defendants deny each and every allegation of paragraph 51.

52.   In response to paragraph 52, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 52, Defendants deny each and every allegation of paragraph 52.

53.   In response to paragraph 53, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 53, Defendants deny each and every allegation of paragraph 53.

54.   In response to paragraph 54, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or

12

1   regulations, these laws or regulations speak for themselves, and as such, do not

2   require an answer.  Moreover, the allegations purport to paraphrase, state or

3   interpret the letters issued by DMHC, and these letters speak for themselves, and as

4   such, do not require an answer.  Except as otherwise admitted or denied, and in all

5   other respects and to the extent an answer is deemed necessary to the allegations in

6   paragraph 54, Defendants deny each and every allegation of paragraph 54.

7         55.   In response to paragraph 55, the allegations purport to paraphrase, state

8   or interpret the letters issued by DMHC, and these letters speak for themselves, and

9   as such, do not require an answer.  Additionally, Defendants respond that as a

10  matter of state law, the DMHC does not regulate insurance products or insurers,

11  only health care service plans.  Except as otherwise admitted or denied, and in all

12  other respects and to the extent an answer is deemed necessary to the allegations in

13  paragraph 55, Defendants deny each and every allegation of paragraph 55.

14        56.   In response to paragraph 56, Defendants respond that as a matter of state

15  law, the DMHC does not regulate insurance products or insurers, only health care

16  service plans.  As to the remaining allegations, Defendants lack sufficient

17  information or belief to admit or deny the allegations, and on that basis, deny such

18  allegations.

19        57.   In response to paragraph 57, to the extent that the allegations constitute

20  legal argument, those allegations do not require an answer.  Moreover, the

21  allegations purport to paraphrase, state or interpret the letters issued by DMHC, and

22  these letters speak for themselves, and as such, do not require an answer.  Except as

23  otherwise admitted or denied, and in all other respects and to the extent an answer

24  is deemed necessary to the allegations in paragraph 57, Defendants deny each and

25  every allegation of paragraph 57.

26        58.   In response to paragraph 58, to the extent that the allegations constitute

27  legal argument, those allegations do not require an answer.  Moreover, the

28  allegations purport to paraphrase, state or interpret the letters issued by DMHC, and

these letters speak for themselves, and as such, do not require an answer. Additionally, Defendants respond that as a matter of state law, the DMHC does not regulate insurance products or insurers, only health care service plans.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 58, Defendants deny each and every allegation of paragraph 58.

59.   In response to paragraph 59, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Additionally, Defendants respond that as a matter of state law, the DMHC does not regulate insurance products or insurers, only health care service plans.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 59, Defendants deny each and every allegation of paragraph 59.

60.   In response to paragraph 60, Defendants admit that in August 2014, the Director concluded that enrollee disclosure documents in use by seven health plans unlawfully limited coverage for lawful terminations of pregnancies.  To the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, Defendants respond that as a matter of state law, the DMHC does not regulate insurance products or insurers, only health care service plans.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 60, Defendants deny each and every allegation of paragraph 60.

61.   In response to paragraph 61, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the

14

extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 61, Defendants deny each and every allegation of paragraph 61.

62.   In response to paragraph 62, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 62, Defendants deny each and every allegation of paragraph 62.

63.   In response to paragraph 63, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 63, Defendants deny each and every allegation of paragraph 63.

64.   In response to paragraph 64, Defendants admit that in response to one Plan's request, DMHC has allowed the Plan to offer contracts limiting abortion coverage to "religious employers" as defined in state law.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 64, Defendants deny each and every allegation of paragraph 64.

Defendants' Answer to Plaintiff's Complaint (3:16-cv-00501-H-DHB)

65.   In response to paragraph 65, Defendants admit that in response to one Plan's request, DMHC has allowed the Plan to offer contracts limiting abortion coverage to "religious employers" as defined in state law.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 65, Defendants deny each and every allegation of paragraph 65.

66.   In response to paragraph 66, Defendants admit that in response to one Plan's request, DMHC has allowed the Plan to offer contracts limiting abortion coverage to "religious employers" as defined in state law.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 66, Defendants deny each and every allegation of paragraph 66.

67.   In response to paragraph 67, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 67, Defendants deny each and every allegation of paragraph 67.

68.   In response to paragraph 68, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 68, Defendants deny each and every allegation of paragraph 68.

69.   In response to paragraph 69, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or

regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 69, Defendants deny each and every allegation of paragraph 69.

70.   In response to paragraph 70, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 70, Defendants deny each and every allegation of paragraph 70.

71.   In response to paragraph 71, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 71, Defendants deny each and every allegation of paragraph 71.

72.   In response to paragraph 72, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

73.   In response to paragraph 73, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the

17

1    extent that this paragraph purports to paraphrase, state or interpret laws or

2    regulations, these laws or regulations speak for themselves, and as such, do not

3    require an answer.  Except as otherwise admitted or denied, and in all other respects

4    and to the extent an answer is deemed necessary to the allegations in paragraph 73,

5    Defendants deny each and every allegation of paragraph 73.

6       74.   In response to paragraph 74, to the extent that the allegations constitute

7    legal argument, those allegations do not require an answer.  Additionally, to the

8    extent that this paragraph purports to paraphrase, state or interpret laws or

9    regulations, these laws or regulations speak for themselves, and as such, do not

10   require an answer.  Except as otherwise admitted or denied, and in all other respects

11   and to the extent an answer is deemed necessary to the allegations in paragraph 74,

12   Defendants deny each and every allegation of paragraph 74.

13      75.   In response to paragraph 75, to the extent that the allegations constitute

14   legal argument, those allegations do not require an answer.  Additionally, to the

15   extent that this paragraph purports to paraphrase, state or interpret laws or

16   regulations, these laws or regulations speak for themselves, and as such, do not

17   require an answer.  Except as otherwise admitted or denied, and in all other respects

18   and to the extent an answer is deemed necessary to the allegations in paragraph 75,

19   Defendants deny each and every allegation of paragraph 75.

20      76.   In response to paragraph 76, to the extent that the allegations constitute

21   legal argument, those allegations do not require an answer.  Additionally, to the

22   extent that this paragraph purports to paraphrase, state or interpret laws or

23   regulations, these laws or regulations speak for themselves, and as such, do not

24   require an answer.  Moreover, the allegations purport to paraphrase, state or

25   interpret the letters issued by DMHC, and these letters speak for themselves, and as

26   such, do not require an answer.  Except as otherwise admitted or denied, and in all

27   other respects and to the extent an answer is deemed necessary to the allegations in

28   paragraph 76, Defendants deny each and every allegation of paragraph 76.

77.   In response to paragraph 77, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 77, Defendants deny each and every allegation of paragraph 77.

78.   In response to paragraph 78, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

79.   In response to paragraph 79, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

80.   In response to paragraph 80, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

81.   In response to paragraph 81, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

82.   In response to paragraph 82, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

83.   In response to paragraph 83, to the extent that this paragraph purports to paraphrase, state or interpret Plaintiff's letters sent to the U.S. Department of Health and Human Services Office of Civil Rights, those letters speak for themselves, and as such, do not require an answer.  Defendants admit that on June 21, 2016, the U.S. Department of Health and Human Services Office of Civil Rights issued a letter to DMHC and counsel for Plaintiff, concluding that the letters issued by DMHC do not violate the Weldon Amendment.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 83, Defendants deny each and every allegation of paragraph 83.

84.   In response to paragraph 84, to the extent that this paragraph purports to paraphrase, state or interpret Plaintiff's letters sent to the U.S. Department of Health and Human Services Office of Civil Rights, those letters speak for themselves, and

1   as such, do not require an answer.  Except as otherwise admitted or denied, and in

2   all other respects and to the extent an answer is deemed necessary to the allegations

3   in paragraph 84, Defendants deny each and every allegation of paragraph 84.

4        85.   In response to paragraph 85, to the extent that this paragraph purports to

5   paraphrase, state or interpret laws or regulations, these laws or regulations speak for

6   themselves, and as such, do not require an answer.  Except as otherwise admitted or

7   denied, and in all other respects and to the extent an answer is deemed necessary to

8   the allegations in paragraph 85, Defendants deny each and every allegation of

9   paragraph 85.

10       86.   In response to paragraph 86, to the extent that this paragraph purports to

11  paraphrase, state or interpret laws or regulations, these laws or regulations speak for

12  themselves, and as such, do not require an answer.  Except as otherwise admitted or

13  denied, and in all other respects and to the extent an answer is deemed necessary to

14  the allegations in paragraph 86, Defendants deny each and every allegation of

15  paragraph 86.

16       87.   In response to paragraph 87, to the extent that this paragraph purports to

17  paraphrase, state or interpret laws or regulations, these laws or regulations speak for

18  themselves, and as such, do not require an answer.  Except as otherwise admitted or

19  denied, and in all other respects and to the extent an answer is deemed necessary to

20  the allegations in paragraph 87, Defendants deny each and every allegation of

21  paragraph 87.

22       88.   In response to paragraph 88, Defendants lack sufficient information or

23  belief to admit or deny the allegations, and on that basis, deny such allegations.

24       89.   In response to paragraph 89, to the extent that the allegations constitute

25  legal argument, those allegations do not require an answer.  Additionally, to the

26  extent that this paragraph purports to paraphrase, state or interpret laws or

27  regulations, these laws or regulations speak for themselves, and as such, do not

28  require an answer.  Except as otherwise admitted or denied, and in all other respects

20

and to the extent an answer is deemed necessary to the allegations in paragraph 89, Defendants deny each and every allegation of paragraph 89.

90.   In response to paragraph 90, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 90, Defendants deny each and every allegation of paragraph 90.

91.   In response to paragraph 91, to the extent that this paragraph purports to paraphrase, state or interpret Plaintiff's letters sent to the U.S. Department of Health and Human Services Office of Civil Rights, those letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 91, Defendants deny each and every allegation of paragraph 91.

92.   In response to paragraph 92, Defendants admit that on June 21, 2016, the U.S. Department of Health and Human Services Office of Civil Rights issued a letter to DMHC and counsel for Plaintiff, concluding that the letters issued by DMHC do not violate the Weldon Amendment.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 92, Defendants deny each and every allegation of paragraph 92.

93.   In response to paragraph 93, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not

Defendants' Answer to Plaintiff's Complaint (3:16-cv-00501-H-DHB)

require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 93, Defendants deny each and every allegation of paragraph 93.

### PLAINTIFF'S FIRST CAUSE OF ACTION

(Violation of the Free Exercise Clause of the First Amendment to the United States Constitution)

94.   In response to paragraph 94, Defendants incorporate herein by reference the responses to paragraphs 1 through 93.

95.   In response to paragraph 95, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

96.   In response to paragraph 96, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.

97.   In response to paragraph 97, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 97, Defendants deny each and every allegation of paragraph 97.

98.   In response to paragraph 98, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 98, Defendants deny each and every allegation of paragraph 98.

99.   In response to paragraph 99, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 99, Defendants deny each and every allegation of paragraph 99.

100. In response to paragraph 100, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 100, Defendants deny each and every allegation of paragraph 100.

101. In response to paragraph 101, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 101, Defendants deny each and every allegation of paragraph 101.

1      102. In response to paragraph 102, Defendants admit that in response to one

2  Plan's request, DMHC has allowed the Plan to offer contracts limiting abortion

3  coverage to "religious employers" as defined in state law.  To the extent that the

4  allegations constitute legal argument, those allegations do not require an answer.

5  Additionally, to the extent that this paragraph purports to paraphrase, state or

6  interpret laws or regulations, these laws or regulations speak for themselves, and as

7  such, do not require an answer.  Moreover, the allegations purport to paraphrase,

8  state or interpret the letters issued by DMHC, and these letters speak for

9  themselves, and as such, do not require an answer.  Except as otherwise admitted or

10  denied, and in all other respects and to the extent an answer is deemed necessary to

11  the allegations in paragraph 102, Defendants deny each and every allegation of

12  paragraph 102.

13      103. In response to paragraph 103, to the extent that the allegations constitute

14  legal argument, those allegations do not require an answer.  Additionally, to the

15  extent that this paragraph purports to paraphrase, state or interpret laws or

16  regulations, these laws or regulations speak for themselves, and as such, do not

17  require an answer.  Moreover, the allegations purport to paraphrase, state or

18  interpret the letters issued by DMHC, and these letters speak for themselves, and as

19  such, do not require an answer.  Except as otherwise admitted or denied, and in all

20  other respects and to the extent an answer is deemed necessary to the allegations in

21  paragraph 103, Defendants deny each and every allegation of paragraph 103.

22      104. In response to paragraph 104, to the extent that the allegations constitute

23  legal argument, those allegations do not require an answer.  Additionally, to the

24  extent that this paragraph purports to paraphrase, state or interpret laws or

25  regulations, these laws or regulations speak for themselves, and as such, do not

26  require an answer.  Moreover, the allegations purport to paraphrase, state or

27  interpret the letters issued by DMHC, and these letters speak for themselves, and as

28  such, do not require an answer.  Except as otherwise admitted or denied, and in all

1     other respects and to the extent an answer is deemed necessary to the allegations in

2     paragraph 104, Defendants deny each and every allegation of paragraph 104.

3         105. In response to paragraph 105, to the extent that the allegations constitute

4     legal argument, those allegations do not require an answer.  Additionally, to the

5     extent that this paragraph purports to paraphrase, state or interpret laws or

6     regulations, these laws or regulations speak for themselves, and as such, do not

7     require an answer.  Moreover, the allegations purport to paraphrase, state or

8     interpret the letters issued by DMHC, and these letters speak for themselves, and as

9     such, do not require an answer.  Except as otherwise admitted or denied, and in all

10     other respects and to the extent an answer is deemed necessary to the allegations in

11     paragraph 105, Defendants deny each and every allegation of paragraph 105.

12         106. In response to paragraph 106, to the extent that the allegations constitute

13     legal argument, those allegations do not require an answer.  Additionally, to the

14     extent that this paragraph purports to paraphrase, state or interpret laws or

15     regulations, these laws or regulations speak for themselves, and as such, do not

16     require an answer.  Moreover, the allegations purport to paraphrase, state or

17     interpret the letters issued by DMHC, and these letters speak for themselves, and as

18     such, do not require an answer.  Except as otherwise admitted or denied, and in all

19     other respects and to the extent an answer is deemed necessary to the allegations in

20     paragraph 106, Defendants deny each and every allegation of paragraph 106.

21         107. In response to paragraph 107, to the extent that the allegations constitute

22     legal argument, those allegations do not require an answer.  Additionally, to the

23     extent that this paragraph purports to paraphrase, state or interpret laws or

24     regulations, these laws or regulations speak for themselves, and as such, do not

25     require an answer.  Moreover, the allegations purport to paraphrase, state or

26     interpret the letters issued by DMHC, and these letters speak for themselves, and as

27     such, do not require an answer.  Except as otherwise admitted or denied, and in all

28

Defendants' Answer to Plaintiff's Complaint (3:16-cv-00501-H-DHB)

1   other respects and to the extent an answer is deemed necessary to the allegations in

2   paragraph 107, Defendants deny each and every allegation of paragraph 107.

3       108. In response to paragraph 108, to the extent that the allegations constitute

4   legal argument, those allegations do not require an answer.  Additionally, to the

5   extent that this paragraph purports to paraphrase, state or interpret laws or

6   regulations, these laws or regulations speak for themselves, and as such, do not

7   require an answer.  Moreover, the allegations purport to paraphrase, state or

8   interpret the letters issued by DMHC, and these letters speak for themselves, and as

9   such, do not require an answer.  Except as otherwise admitted or denied, and in all

10  other respects and to the extent an answer is deemed necessary to the allegations in

11  paragraph 108, Defendants deny each and every allegation of paragraph 108.

12      109. In response to paragraph 109, to the extent that the allegations constitute

13  legal argument, those allegations do not require an answer.  Additionally, to the

14  extent that this paragraph purports to paraphrase, state or interpret laws or

15  regulations, these laws or regulations speak for themselves, and as such, do not

16  require an answer.  Moreover, the allegations purport to paraphrase, state or

17  interpret the letters issued by DMHC, and these letters speak for themselves, and as

18  such, do not require an answer.  Except as otherwise admitted or denied, and in all

19  other respects and to the extent an answer is deemed necessary to the allegations in

20  paragraph 109, Defendants deny each and every allegation of paragraph 109.

21      110. In response to paragraph 110, to the extent that the allegations constitute

22  legal argument, those allegations do not require an answer.  Additionally, to the

23  extent that this paragraph purports to paraphrase, state or interpret laws or

24  regulations, these laws or regulations speak for themselves, and as such, do not

25  require an answer.  Moreover, the allegations purport to paraphrase, state or

26  interpret the letters issued by DMHC, and these letters speak for themselves, and as

27  such, do not require an answer.  Except as otherwise admitted or denied, and in all

28

1    other respects and to the extent an answer is deemed necessary to the allegations in

2    paragraph 110, Defendants deny each and every allegation of paragraph 110.

3        111. In response to paragraph 111, to the extent that the allegations constitute

4    legal argument, those allegations do not require an answer.  Additionally, to the

5    extent that this paragraph purports to paraphrase, state or interpret laws or

6    regulations, these laws or regulations speak for themselves, and as such, do not

7    require an answer.  Moreover, the allegations purport to paraphrase, state or

8    interpret the letters issued by DMHC, and these letters speak for themselves, and as

9    such, do not require an answer.  Except as otherwise admitted or denied, and in all

10   other respects and to the extent an answer is deemed necessary to the allegations in

11   paragraph 111, Defendants deny each and every allegation of paragraph 111.

12       112. In response to paragraph 112, to the extent that the allegations constitute

13   legal argument, those allegations do not require an answer.  Additionally, to the

14   extent that this paragraph purports to paraphrase, state or interpret laws or

15   regulations, these laws or regulations speak for themselves, and as such, do not

16   require an answer.  Moreover, the allegations purport to paraphrase, state or

17   interpret the letters issued by DMHC, and these letters speak for themselves, and as

18   such, do not require an answer.  Except as otherwise admitted or denied, and in all

19   other respects and to the extent an answer is deemed necessary to the allegations in

20   paragraph 112, Defendants deny each and every allegation of paragraph 112.

21       113. In response to paragraph 113, to the extent that the allegations constitute

22   legal argument, those allegations do not require an answer.  Additionally, to the

23   extent that this paragraph purports to paraphrase, state or interpret laws or

24   regulations, these laws or regulations speak for themselves, and as such, do not

25   require an answer.  Moreover, the allegations purport to paraphrase, state or

26   interpret the letters issued by DMHC, and these letters speak for themselves, and as

27   such, do not require an answer.  Except as otherwise admitted or denied, and in all

28

1    other respects and to the extent an answer is deemed necessary to the allegations in

2    paragraph 113, Defendants deny each and every allegation of paragraph 113.

3         114.  In response to paragraph 114, to the extent that the allegations constitute

4    legal argument, those allegations do not require an answer.  Additionally, to the

5    extent that this paragraph purports to paraphrase, state or interpret laws or

6    regulations, these laws or regulations speak for themselves, and as such, do not

7    require an answer.  Moreover, the allegations purport to paraphrase, state or

8    interpret the letters issued by DMHC, and these letters speak for themselves, and as

9    such, do not require an answer.  Except as otherwise admitted or denied, and in all

10   other respects and to the extent an answer is deemed necessary to the allegations in

11   paragraph 114, Defendants deny each and every allegation of paragraph 114.

12        115.  In response to paragraph 115, to the extent that the allegations constitute

13   legal argument, those allegations do not require an answer.  Additionally, to the

14   extent that this paragraph purports to paraphrase, state or interpret laws or

15   regulations, these laws or regulations speak for themselves, and as such, do not

16   require an answer.  Moreover, the allegations purport to paraphrase, state or

17   interpret the letters issued by DMHC, and these letters speak for themselves, and as

18   such, do not require an answer.  Except as otherwise admitted or denied, and in all

19   other respects and to the extent an answer is deemed necessary to the allegations in

20   paragraph 115, Defendants deny each and every allegation of paragraph 115.

21        116.  In response to paragraph 116, to the extent that the allegations constitute

22   legal argument, those allegations do not require an answer.  Additionally, to the

23   extent that this paragraph purports to paraphrase, state or interpret laws or

24   regulations, these laws or regulations speak for themselves, and as such, do not

25   require an answer.  Moreover, the allegations purport to paraphrase, state or

26   interpret the letters issued by DMHC, and these letters speak for themselves, and as

27   such, do not require an answer.  Except as otherwise admitted or denied, and in all

28

1    other respects and to the extent an answer is deemed necessary to the allegations in

2    paragraph 116, Defendants deny each and every allegation of paragraph 116.

3         117. In response to paragraph 117, to the extent that the allegations constitute

4    legal argument, those allegations do not require an answer.  Additionally, to the

5    extent that this paragraph purports to paraphrase, state or interpret laws or

6    regulations, these laws or regulations speak for themselves, and as such, do not

7    require an answer.  Moreover, the allegations purport to paraphrase, state or

8    interpret the letters issued by DMHC, and these letters speak for themselves, and as

9    such, do not require an answer.  Except as otherwise admitted or denied, and in all

10   other respects and to the extent an answer is deemed necessary to the allegations in

11   paragraph 117, Defendants deny each and every allegation of paragraph 117.

12        118. In response to paragraph 118, to the extent that the allegations constitute

13   legal argument, those allegations do not require an answer.  Additionally, to the

14   extent that this paragraph purports to paraphrase, state or interpret laws or

15   regulations, these laws or regulations speak for themselves, and as such, do not

16   require an answer.  Moreover, the allegations purport to paraphrase, state or

17   interpret the letters issued by DMHC, and these letters speak for themselves, and as

18   such, do not require an answer.  Except as otherwise admitted or denied, and in all

19   other respects and to the extent an answer is deemed necessary to the allegations in

20   paragraph 118, Defendants deny each and every allegation of paragraph 118.

21                      **PLAINTIFF'S SECOND CAUSE OF ACTION**

22             (Violation of the Equal Protection Clause of the Fourteenth Amendment

23                            to the United States Constitution)

24        119-125.  In response to paragraphs 119-125, defendants respond as follows:

25   On June 20, 2016, this Court dismissed Plaintiff's federal Equal Protection Claim

26   with leave to amend.  ECF No. 28.  On June 30, 2016, Plaintiff filed its Notice of

27   Intent Not to File an Amended Complaint.  ECF No. 29.  Therefore, these

28

allegations do not require an answer.  To the extent an answer may be necessary, defendants deny each and every allegation of paragraphs 119-125.

<u>**PLAINTIFF'S THIRD CAUSE OF ACTION**</u>

(Violation of the Establishment Clause of the First Amendment

to the United States Constitution)

126. In response to paragraph 126, Defendants incorporate herein by reference the responses to paragraphs 1 through 93.

127. In response to paragraph 127, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 127, Defendants deny each and every allegation of paragraph 127.

128. In response to paragraph 128, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 128, Defendants deny each and every allegation of paragraph 128.

129. In response to paragraph 129, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all

30

1    other respects and to the extent an answer is deemed necessary to the allegations in

2    paragraph 129, Defendants deny each and every allegation of paragraph 129.

3        130. In response to paragraph 130, to the extent that the allegations constitute

4    legal argument, those allegations do not require an answer.  Additionally, to the

5    extent that this paragraph purports to paraphrase, state or interpret laws or

6    regulations, these laws or regulations speak for themselves, and as such, do not

7    require an answer.  Moreover, the allegations purport to paraphrase, state or

8    interpret the letters issued by DMHC, and these letters speak for themselves, and as

9    such, do not require an answer.  Except as otherwise admitted or denied, and in all

10   other respects and to the extent an answer is deemed necessary to the allegations in

11   paragraph 130, Defendants deny each and every allegation of paragraph 130.

12       131. In response to paragraph 131, to the extent that the allegations constitute

13   legal argument, those allegations do not require an answer.  Additionally, to the

14   extent that this paragraph purports to paraphrase, state or interpret laws or

15   regulations, these laws or regulations speak for themselves, and as such, do not

16   require an answer.  Moreover, the allegations purport to paraphrase, state or

17   interpret the letters issued by DMHC, and these letters speak for themselves, and as

18   such, do not require an answer.  Except as otherwise admitted or denied, and in all

19   other respects and to the extent an answer is deemed necessary to the allegations in

20   paragraph 131, Defendants deny each and every allegation of paragraph 131.

21       132. In response to paragraph 132,  Defendants admit that in response to one

22   Plan's request, DMHC has allowed the Plan to offer contracts limiting abortion

23   coverage to "religious employers" as defined in state law.  To the extent that the

24   allegations constitute legal argument, those allegations do not require an answer.

25   Additionally, to the extent that this paragraph purports to paraphrase, state or

26   interpret laws or regulations, these laws or regulations speak for themselves, and as

27   such, do not require an answer.  Moreover, the allegations purport to paraphrase,

28   state or interpret the letters issued by DMHC, and these letters speak for

31

themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 132, Defendants deny each and every allegation of paragraph 132.

133. In response to paragraph 133, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 133, Defendants deny each and every allegation of paragraph 133.

134. In response to paragraph 134, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 134, Defendants deny each and every allegation of paragraph 134.

135. In response to paragraph 135, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as

1    such, do not require an answer.  Except as otherwise admitted or denied, and in all

2    other respects and to the extent an answer is deemed necessary to the allegations in

3    paragraph 135, Defendants deny each and every allegation of paragraph 135.

4        136. In response to paragraph 136, to the extent that the allegations constitute

5    legal argument, those allegations do not require an answer.  Additionally, to the

6    extent that this paragraph purports to paraphrase, state or interpret laws or

7    regulations, these laws or regulations speak for themselves, and as such, do not

8    require an answer.  Moreover, the allegations purport to paraphrase, state or

9    interpret the letters issued by DMHC, and these letters speak for themselves, and as

10   such, do not require an answer.  Except as otherwise admitted or denied, and in all

11   other respects and to the extent an answer is deemed necessary to the allegations in

12   paragraph 136, Defendants deny each and every allegation of paragraph 136.

13       137. In response to paragraph 137, to the extent that the allegations constitute

14   legal argument, those allegations do not require an answer.  Additionally, to the

15   extent that this paragraph purports to paraphrase, state or interpret laws or

16   regulations, these laws or regulations speak for themselves, and as such, do not

17   require an answer.  Moreover, the allegations purport to paraphrase, state or

18   interpret the letters issued by DMHC, and these letters speak for themselves, and as

19   such, do not require an answer.  Except as otherwise admitted or denied, and in all

20   other respects and to the extent an answer is deemed necessary to the allegations in

21   paragraph 137, Defendants deny each and every allegation of paragraph 137.

22                    **PLAINTIFF'S FOURTH CAUSE OF ACTION**

23               (Violation of California Constitution, Article I, Section 4)

24       138. In response to paragraph 138, Defendants incorporate herein by reference

25   the responses to paragraphs 1 through 93.

26       139. In response to paragraph 139, Defendants lack sufficient information or

27   belief to admit or deny the allegations, and on that basis, deny such allegations.  To

28

the extent that the allegations constitute legal argument, those allegations do not require an answer.

140. In response to paragraph 140, Defendants lack sufficient information or belief to admit or deny the allegations, and on that basis, deny such allegations.  To the extent that the allegations constitute legal argument, those allegations do not require an answer.

141. In response to paragraph 141, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 141, Defendants deny each and every allegation of paragraph 141.

142. In response to paragraph 142, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 142, Defendants deny each and every allegation of paragraph 142.

143. In response to paragraph 143, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all

other respects and to the extent an answer is deemed necessary to the allegations in paragraph 143, Defendants deny each and every allegation of paragraph 143.

144. In response to paragraph 144, to the extent that the allegations constitute legal argument, those allegations do not require an answer. Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer. Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer. Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 144, Defendants deny each and every allegation of paragraph 144.

145. In response to paragraph 145, to the extent that the allegations constitute legal argument, those allegations do not require an answer. Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer. Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer. Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 145, Defendants deny each and every allegation of paragraph 145.

146. In response to paragraph 146, to the extent that the allegations constitute legal argument, those allegations do not require an answer. Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer. Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer. Except as otherwise admitted or denied, and in all

1   other respects and to the extent an answer is deemed necessary to the allegations in

2   paragraph 146, Defendants deny each and every allegation of paragraph 146.

3       147. In response to paragraph 147, to the extent that the allegations constitute

4   legal argument, those allegations do not require an answer.  Additionally, to the

5   extent that this paragraph purports to paraphrase, state or interpret laws or

6   regulations, these laws or regulations speak for themselves, and as such, do not

7   require an answer.  Moreover, the allegations purport to paraphrase, state or

8   interpret the letters issued by DMHC, and these letters speak for themselves, and as

9   such, do not require an answer.  Except as otherwise admitted or denied, and in all

10  other respects and to the extent an answer is deemed necessary to the allegations in

11  paragraph 147, Defendants deny each and every allegation of paragraph 147.

12      148. In response to paragraph 148, to the extent that the allegations constitute

13  legal argument, those allegations do not require an answer.  Additionally, to the

14  extent that this paragraph purports to paraphrase, state or interpret laws or

15  regulations, these laws or regulations speak for themselves, and as such, do not

16  require an answer.  Moreover, the allegations purport to paraphrase, state or

17  interpret the letters issued by DMHC, and these letters speak for themselves, and as

18  such, do not require an answer.  Except as otherwise admitted or denied, and in all

19  other respects and to the extent an answer is deemed necessary to the allegations in

20  paragraph 148, Defendants deny each and every allegation of paragraph 148.

21      149. In response to paragraph 149, to the extent that the allegations constitute

22  legal argument, those allegations do not require an answer.  Additionally, to the

23  extent that this paragraph purports to paraphrase, state or interpret laws or

24  regulations, these laws or regulations speak for themselves, and as such, do not

25  require an answer.  Moreover, the allegations purport to paraphrase, state or

26  interpret the letters issued by DMHC, and these letters speak for themselves, and as

27  such, do not require an answer.  Except as otherwise admitted or denied, and in all

28

other respects and to the extent an answer is deemed necessary to the allegations in paragraph 149, Defendants deny each and every allegation of paragraph 149.

150. In response to paragraph 150, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 150, Defendants deny each and every allegation of paragraph 150.

151. In response to paragraph 151, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 151, Defendants deny each and every allegation of paragraph 151.

152. In response to paragraph 152, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 152, Defendants deny each and every allegation of paragraph 152.

153. In response to paragraph 153, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or

1    regulations, these laws or regulations speak for themselves, and as such, do not

2    require an answer.  Moreover, the allegations purport to paraphrase, state or

3    interpret the letters issued by DMHC, and these letters speak for themselves, and as

4    such, do not require an answer.  Except as otherwise admitted or denied, and in all

5    other respects and to the extent an answer is deemed necessary to the allegations in

6    paragraph 153, Defendants deny each and every allegation of paragraph 153.

7        154. In response to paragraph 154, to the extent that the allegations constitute

8    legal argument, those allegations do not require an answer.  Additionally, to the

9    extent that this paragraph purports to paraphrase, state or interpret laws or

10   regulations, these laws or regulations speak for themselves, and as such, do not

11   require an answer.  Moreover, the allegations purport to paraphrase, state or

12   interpret the letters issued by DMHC, and these letters speak for themselves, and as

13   such, do not require an answer.  Except as otherwise admitted or denied, and in all

14   other respects and to the extent an answer is deemed necessary to the allegations in

15   paragraph 154, Defendants deny each and every allegation of paragraph 154.

16       155. In response to paragraph 155, to the extent that the allegations constitute

17   legal argument, those allegations do not require an answer.  Additionally, to the

18   extent that this paragraph purports to paraphrase, state or interpret laws or

19   regulations, these laws or regulations speak for themselves, and as such, do not

20   require an answer.  Moreover, the allegations purport to paraphrase, state or

21   interpret the letters issued by DMHC, and these letters speak for themselves, and as

22   such, do not require an answer.  Except as otherwise admitted or denied, and in all

23   other respects and to the extent an answer is deemed necessary to the allegations in

24   paragraph 155, Defendants deny each and every allegation of paragraph 155.

25       156. In response to paragraph 156, to the extent that the allegations constitute

26   legal argument, those allegations do not require an answer.  Additionally, to the

27   extent that this paragraph purports to paraphrase, state or interpret laws or

28   regulations, these laws or regulations speak for themselves, and as such, do not

38

1  require an answer.  Moreover, the allegations purport to paraphrase, state or

2  interpret the letters issued by DMHC, and these letters speak for themselves, and as

3  such, do not require an answer.  Except as otherwise admitted or denied, and in all

4  other respects and to the extent an answer is deemed necessary to the allegations in

5  paragraph 156, Defendants deny each and every allegation of paragraph 156.

6      157. In response to paragraph 157, to the extent that the allegations constitute

7  legal argument, those allegations do not require an answer.  Additionally, to the

8  extent that this paragraph purports to paraphrase, state or interpret laws or

9  regulations, these laws or regulations speak for themselves, and as such, do not

10  require an answer.  Moreover, the allegations purport to paraphrase, state or

11  interpret the letters issued by DMHC, and these letters speak for themselves, and as

12  such, do not require an answer.  Except as otherwise admitted or denied, and in all

13  other respects and to the extent an answer is deemed necessary to the allegations in

14  paragraph 157, Defendants deny each and every allegation of paragraph 157.

15      158. In response to paragraph 158, to the extent that the allegations constitute

16  legal argument, those allegations do not require an answer.  Additionally, to the

17  extent that this paragraph purports to paraphrase, state or interpret laws or

18  regulations, these laws or regulations speak for themselves, and as such, do not

19  require an answer.  Moreover, the allegations purport to paraphrase, state or

20  interpret the letters issued by DMHC, and these letters speak for themselves, and as

21  such, do not require an answer.  Except as otherwise admitted or denied, and in all

22  other respects and to the extent an answer is deemed necessary to the allegations in

23  paragraph 158, Defendants deny each and every allegation of paragraph 158.

24                    **PLAINTIFF'S FIFTH CAUSE OF ACTION**

25              (Violation of California Constitution, Article I, Section 7)

26      159-165.  In response to paragraphs 159-165, defendants respond as follows:

27  On June 20, 2016, this Court dismissed Plaintiff's California Equal Protection

28  Claim with leave to amend.  ECF No. 28.  On June 30, 2016, Plaintiff filed its

1   Notice of Intent Not to File an Amended Complaint.  ECF No. 29.  Therefore, these

2   allegations do not require an answer.  To the extent an answer may be necessary,

3   defendants deny each and every allegation of paragraphs 159-165.

4                    **PLAINTIFF'S SIXTH CAUSE OF ACTION**

5                (Violation of California Administrative Procedures Act,

6                    Cal. Gov't Code, § 11340, et seq.)

7        166. In response to paragraph 166, Defendants incorporate herein by reference

8   the responses to paragraphs 1 through 93.

9        167. In response to paragraph 167, to the extent that the allegations constitute

10  legal argument, those allegations do not require an answer.  Additionally, to the

11  extent that this paragraph purports to paraphrase, state or interpret laws or

12  regulations, these laws or regulations speak for themselves, and as such, do not

13  require an answer.  Except as otherwise admitted or denied, and in all other respects

14  and to the extent an answer is deemed necessary to the allegations in paragraph 167,

15  Defendants deny each and every allegation of paragraph 167.

16       168. In response to paragraph 168, to the extent that the allegations constitute

17  legal argument, those allegations do not require an answer.  Additionally, to the

18  extent that this paragraph purports to paraphrase, state or interpret laws or

19  regulations, these laws or regulations speak for themselves, and as such, do not

20  require an answer.  Except as otherwise admitted or denied, and in all other respects

21  and to the extent an answer is deemed necessary to the allegations in paragraph 168,

22  Defendants deny each and every allegation of paragraph 168.

23       169. In response to paragraph 169, to the extent that the allegations constitute

24  legal argument, those allegations do not require an answer.  Additionally, to the

25  extent that this paragraph purports to paraphrase, state or interpret laws or

26  regulations, these laws or regulations speak for themselves, and as such, do not

27  require an answer.  Except as otherwise admitted or denied, and in all other respects

28

1   and to the extent an answer is deemed necessary to the allegations in paragraph 169,

2   Defendants deny each and every allegation of paragraph 169.

3       170. In response to paragraph 170, to the extent that the allegations constitute

4   legal argument, those allegations do not require an answer.  Additionally, to the

5   extent that this paragraph purports to paraphrase, state or interpret laws or

6   regulations, these laws or regulations speak for themselves, and as such, do not

7   require an answer.  Except as otherwise admitted or denied, and in all other respects

8   and to the extent an answer is deemed necessary to the allegations in paragraph 170,

9   Defendants deny each and every allegation of paragraph 170.

10       171. In response to paragraph 171, to the extent that the allegations constitute

11   legal argument, those allegations do not require an answer.  Additionally, to the

12   extent that this paragraph purports to paraphrase, state or interpret laws or

13   regulations, these laws or regulations speak for themselves, and as such, do not

14   require an answer.  Except as otherwise admitted or denied, and in all other respects

15   and to the extent an answer is deemed necessary to the allegations in paragraph 171,

16   Defendants deny each and every allegation of paragraph 171.

17       172. In response to paragraph 172, to the extent that the allegations constitute

18   legal argument, those allegations do not require an answer.  Additionally, to the

19   extent that this paragraph purports to paraphrase, state or interpret laws or

20   regulations, these laws or regulations speak for themselves, and as such, do not

21   require an answer.  Except as otherwise admitted or denied, and in all other respects

22   and to the extent an answer is deemed necessary to the allegations in paragraph 172,

23   Defendants deny each and every allegation of paragraph 172.

24       173. In response to paragraph 173, to the extent that the allegations constitute

25   legal argument, those allegations do not require an answer.  Additionally, to the

26   extent that this paragraph purports to paraphrase, state or interpret laws or

27   regulations, these laws or regulations speak for themselves, and as such, do not

28   require an answer.  Except as otherwise admitted or denied, and in all other respects

41

1 and to the extent an answer is deemed necessary to the allegations in paragraph 173,

2 Defendants deny each and every allegation of paragraph 173.

3     174. In response to paragraph 174, to the extent that the allegations constitute

4 legal argument, those allegations do not require an answer.  Additionally, to the

5 extent that this paragraph purports to paraphrase, state or interpret laws or

6 regulations, these laws or regulations speak for themselves, and as such, do not

7 require an answer.  Except as otherwise admitted or denied, and in all other respects

8 and to the extent an answer is deemed necessary to the allegations in paragraph 174,

9 Defendants deny each and every allegation of paragraph 174.

10     175. In response to paragraph 175, to the extent that the allegations constitute

11 legal argument, those allegations do not require an answer.  Additionally, to the

12 extent that this paragraph purports to paraphrase, state or interpret laws or

13 regulations, these laws or regulations speak for themselves, and as such, do not

14 require an answer.  Except as otherwise admitted or denied, and in all other respects

15 and to the extent an answer is deemed necessary to the allegations in paragraph 175,

16 Defendants deny each and every allegation of paragraph 175.

17     176. In response to paragraph 176, to the extent that the allegations constitute

18 legal argument, those allegations do not require an answer.  Additionally, to the

19 extent that this paragraph purports to paraphrase, state or interpret laws or

20 regulations, these laws or regulations speak for themselves, and as such, do not

21 require an answer.  Moreover, the allegations purport to paraphrase, state or

22 interpret the letters issued by DMHC, and these letters speak for themselves, and as

23 such, do not require an answer.  Additionally, Defendants respond that as a matter

24 of state law, the DMHC does not regulate insurance products or insurers, only

25 health care service plans.  Except as otherwise admitted or denied, and in all other

26 respects and to the extent an answer is deemed necessary to the allegations in

27 paragraph 176, Defendants deny each and every allegation of paragraph 176.

28

Defendants' Answer to Plaintiff's Complaint (3:16-cv-00501-H-DHB)

177. In response to paragraph 177, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 177, Defendants deny each and every allegation of paragraph 177.

178. In response to paragraph 178, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as such, do not require an answer.  Additionally, Defendants respond that on June 21, 2016, the U.S. Department of Health and Human Services Office of Civil Rights issued a letter to DMHC and counsel for Plaintiff, concluding that the letters issued by DMHC do not violate the Weldon Amendment.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 178, Defendants deny each and every allegation of paragraph 178.

179. In response to paragraph 179, to the extent that the allegations constitute legal argument, those allegations do not require an answer.  Additionally, to the extent that this paragraph purports to paraphrase, state or interpret laws or regulations, these laws or regulations speak for themselves, and as such, do not require an answer.  Moreover, the allegations purport to paraphrase, state or interpret the letters issued by DMHC, and these letters speak for themselves, and as

43

such, do not require an answer.  Except as otherwise admitted or denied, and in all other respects and to the extent an answer is deemed necessary to the allegations in paragraph 179, Defendants deny each and every allegation of paragraph 179.

**PRAYER AND REQUEST FOR RELIEF**

The statements set forth in Plaintiff's prayer for relief are not factual allegations that either permit or require an answer.  To the extent that the statements contained in Plaintiff's prayer and its subparagraphs are deemed factual allegations requiring a response, Defendants deny the allegations in the prayer.

**AFFIRMATIVE DEFENSES**

1. The complaint fails to state a claim upon which relief can be granted against Defendants;

2. The complaint is barred because Plaintiff has failed to exhaust administrative remedies;

3. The complaint is barred by the doctrine of standing;

4. The complaint is barred by res judicata and collateral estoppel;

5. The complaint is barred by claim preclusion and issue preclusion;

6. The complaint is barred for failure to join a party under Rule 19;

7. Because the complaint is couched in conclusory terms, Defendants cannot fully anticipate all affirmative defenses that may apply.  Accordingly, Defendants reserve the right to assert additional affirmative defenses as the legal and factual bases for Plaintiff's claims become known.

WHEREFORE, Defendants request that:

1. The complaint be denied and dismissed with prejudice in its entirety;

2. Plaintiff takes nothing from this action;

3. Judgment be entered in favor of Defendants;

4. Defendants be awarded costs and attorneys' fees; and

5. The Court award such other and further relief as is just and proper.

//

1

2   Dated:  August 1, 2016

3

4

5

6

7

8

9   SD2016600637
    FINAL ANSWER.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General

_s/ Karli Eisenberg_

KARLI EISENBERG
Deputy Attorney General
*Attorneys for Defendants Department of Managed Health Care, et al.*

## CERTIFICATE OF SERVICE

Case Name:   *Skyline Wesleyan Church v. CA DMHC*          No.      **3:16-cv-00501-JM-DHB**

I hereby certify that on <u>August 1, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 1, 2016</u>, at Sacramento, California.

<table>
<tr><td>Francina M. Stevenson<br>Declarant</td><td>Signature</td></tr>
</table>

SD2016600637
12370563.doc