UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLINE WESLEYAN CHURCH,<br><br>                              Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>MANAGED HEALTH CARE, et al.,<br><br>                              Defendants. | Case No.: 16-cv-00501-H (DHB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On September 6, 2016, the Court held an Early Neutral Evaluation Conference in the above entitled action. The case did not settle. Therefore, pursuant to Rule 26 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed by **September 29, 2016**.
2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by **October 13, 2016**.
3. A proposed Joint Discovery Plan shall be submitted directly to Magistrate Judge David H. Bartick's chambers on or before **October 13, 2016** (the parties

should consult Rule 26(f) for the substance of the Joint Discovery Plan).[1] With regard to electronically stored information (ESI), the parties shall address:

    a. The nature of each parties' computer system, including the computer software and hardware system configuration, the operating and application software, and the backup, retention, storage and archival procedures regarding ESI that is relevant to the case.

    b. The preservation of ESI relevant to the case.

    c. Search terms, search protocols and methods or procedures for privilege review and protection against inadvertent disclosure of privileged ESI.

    d. Methods to minimize delay and expense of ESI through de-duplication, sampling or other means.

4. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference shall be held on **October 20, 2016** at **9:30 a.m.** before Magistrate Judge Bartick. The Case Management Conference shall be telephonic, with attorneys only. Counsel for Plaintiff shall coordinate and initiate the call. The telephone number for Judge Bartick's chambers is (619) 557-5383.

IT IS SO ORDERED.

Dated: September 6, 2016

                                                DAVID H. BARTICK
                                                United States Magistrate Judge

---

[1] The proposed Joint Discovery Plan should be emailed to efile_Bartick@casd.uscourts.gov.