# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLINE WESLEYAN CHURCH,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Healthcare,<br><br>    Defendants. | Case No.: 16-cv-00501-H-DHB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER AND SET BRIEFING SCHEDULE**<br><br>[Doc. No. 65.] |

On October 11, 2017, the parties filed a joint motion to modify the Court's scheduling order and to set a briefing schedule for the parties' cross-motions for summary judgment. (Doc. No. 65.) For good cause shown, the Court grants the parties' joint motion and sets forth the following schedule:

1. Motions for summary judgment must be filed by **November 20, 2017**.

2. Oppositions to motions for summary judgment must be filed by **December 22, 2017**.

3. Replies in support of motions for summary judgment must be filed by

1

**January 22, 2018**.

4. The Court schedules a hearing on the parties' motions for summary judgment for **Monday, February 26, 2018** at **10:30 a.m.**

5. Counsel must file their Memoranda of Contentions of Fact and Law in compliance with Civil Local Rule 16.1(f)(2) on or before **March 19, 2018**.

6. Counsel must comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before **March 19, 2018**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

7. Counsel must meet together and take the action required by Civil Local Rule 16.1(f)(4) on or before **March 26, 2018**. At this meeting, counsel must discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel must exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits must be prepared in accordance with Civil Local Rule 16.1(f)(4)(c). Counsel will note any objections they have to any other party's Pretrial Disclosures under Federal Rule of Civil Procedure 26(a)(3). Counsel will cooperate in the preparation of the proposed pretrial conference order.

8. Counsel for Plaintiffs will be responsible for preparing the proposed pretrial order in accordance with Civil Local Rule 16.1(f)(6)(a). On or before **April 2, 2018**, Plaintiffs' counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with Plaintiffs' attorney concerning any objections to form or content of the pretrial order, and both parties must attempt promptly to resolve their differences, if any, concerning the order.

9. The Proposed Final Pretrial Conference Order, including objections to any other party's Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures, must be served and e-mailed to the District Judge's e-file inbox on or before **April 9, 2018**, in accordance

with Civil Local Rule 16.1(f)(6).

10. The final pretrial conference will be held before the Honorable Marilyn L. Huff on **Monday, April 16, 2018, at 10:30 a.m.**

**IT IS SO ORDERED.**

DATED: October 13, 2017

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT