# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Case Name: | **Skyline Wesleyan Church v. California Department of Managed Health Care et al.** | Case Number: **16cv501-CAB-DHB** |

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: n/a

To aid the parties in their preparation for the Summary Judgment Hearing scheduled for **February 26, 2018, at 10:30 a.m. in Courtroom 4C**, the Court attaches its tentative order on the pending cross motions for summary judgment. [Doc. Nos. 67, 68.] Counsel must come to the hearing prepared to address the issues raised in the attached tentative order. To the extent counsel disagrees with the facts set forth in the attached tentative order, counsel must come to the hearing prepared with citations to evidence. Likewise, to the extent counsel disagrees with the legal standards applied, counsel must be prepared with citations to legal authority.
It is **SO ORDERED**.

Date: February 6, 2018                                                                                 Initials: NOD