

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skyline Wesleyan Church<br><br>Plaintiff,<br>V.<br><br>California Department of Managed Health Care; Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care<br><br>Defendant. | Civil Action No. 16-cv-00501-CAB-DHB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's claims are Dismissed Without Prejudice. It Is So Ordered.

Date: 3/9/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy