FILED

MAY 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SKYLINE WESLEYAN CHURCH,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,<br><br>    Defendants-Appellees. | No.   18-55451<br><br>D.C. No.<br>3:16-cv-00501-CAB-DHB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: SCHROEDER and FRIEDLAND, Circuit Judges, and ROSENTHAL,[*] District Judge.

    Costs are taxed against Defendants-Appellees. Plaintiff-Appellant's Motion to Supplement the Record (Dkt. No. 13) is **DENIED AS MOOT**.

---

    [*]    The Honorable Lee H. Rosenthal, Chief United States Chief District Judge for the Southern District of Texas, sitting by designation.