Jeremiah Galus (Arizona Bar No. 030469)*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org

Jacob E. Reed (Ohio Bar No. 99020)*
Alliance Defending Freedom
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147
(571) 707-4655
jreed@ADFlegal.org

Charles S. LiMandri (California Bar No. 110841)
Paul M. Jonna (California Bar No. 265389)
Jeffrey M. Trissell (California Bar No. 292480)
Freedom of Conscience Defense Fund
P.O. Box 9520
Rancho Santa Fe, CA 92067
(858) 759-9948
cslimandri@limandri.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLINE WESLEYAN CHURCH,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,<br><br>Defendants. | Case No.: 3:16-cv-00501-TWR-MSB<br><br>**PLAINTIFF'S EX PARTE MOTION TO SET SUPPLEMENTAL BRIEFING SCHEDULE**<br><br>No Oral Argument Requested |

Plaintiff Skyline Wesleyan Church ("Skyline"), by and through counsel, respectfully moves this Court for an Order setting a special briefing schedule for supplemental briefs in support of motions for summary judgment. This motion is supported by the attached Memorandum of Points and Authorities and the Declaration of Jeremiah Galus. No oral argument is requested. Skyline moves the Court to include the following provisions in any such schedule:

1. Good cause exists to set a briefing schedule for supplemental briefs in support of motions for summary judgment.

2. The parties shall comply with the following briefing and hearing schedule for any supplemental briefs in support of motions for summary judgment:

- Each party shall file a supplemental brief no later than **October 11, 2021**;
- Each party may file an opposition to the other party's supplemental brief for summary judgment no later than **October 25, 2021**;
- No party shall file a reply in support of their supplemental motion for summary judgment; and
- Any supplemental briefs and oppositions may not exceed 15 pages each;
- A hearing on the supplemental motions for summary judgment will be heard by the Court on **November 10, 2021** (or another date selected by the Court).

3. Any trial related dates shall be scheduled, if necessary, after the Court resolves any dispositive motions.

Dated: September 7, 2021            Respectfully submitted,

s/ Jeremiah Galus
Jeremiah Galus (AZ Bar No. 030469)*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org

Jacob E. Reed (Ohio Bar No. 99020)*
Alliance Defending Freedom
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147
(571) 707-4655
jreed@ADFlegal.org

Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
Jeffrey M. Trissell (CA Bar No. 292480)
Freedom of Conscience Defense Fund
P.O. Box 9520
Rancho Santa Fe, CA 92067
(858) 759-9948
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com

*Admitted *pro hac vice*

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, service of the foregoing Plaintiff's Ex Parte Motion to Set Supplemental Briefing Schedule, Plaintiff's supporting Memorandum of Points and Authorities, and the Declaration of Jeremiah Galus were made by way of the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated September 7, 2021

s/Jeremiah Galus
Jeremiah Galus
Attorney for Plaintiff