UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLINE WESLEYAN CHURCH,<br><br>                                        Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,<br><br>                                      Defendants. | Case No.: 16-CV-501 TWR (MSB)<br><br>**ORDER (1) SETTING SUPPLEMENTAL BRIEFING SCHEDULE AND (2) VACATING THE STATUS CONFERENCE SET FOR NOVEMBER 10, 2021 AT 1:30 P.M.**<br><br>(ECF Nos. 115, 120) |

      Presently before the Court is the Parties' Joint Motion to Set a Supplemental Briefing Schedule and to Vacate the Status Conference set for November 10, 2021. (ECF No. 120.) The Court hereby **ORDERS** the following:

      1. Each party may file a supplemental brief in support of their motion for summary judgment on or before February 2, 2022;

      2. Each party may file an opposition to the other party's supplemental brief in support of summary judgment on or before March 2, 2022;

///

///

3. A hearing on the parties' motions for summary judgment will be heard by the Court on <u>April 6, 2022 at 1:30 p.m. in Courtroom 3A</u>.

4. The status conference scheduled for November 10, 2021 at 1:30 p.m. is **VACATED**.

5. Plaintiff's ex parte motion to set a supplemental briefing schedule (ECF No. 115) is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated: November 5, 2021

Honorable Todd W. Robinson
United States District Judge