ROB BONTA
Attorney General of California
KARLI EISENBERG
Supervising Deputy Attorney General
HAYLEY PENAN
Deputy Attorney General
State Bar No. 313693
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7785
 Fax: (916) 324-5567
 E-mail: Hayley.Penan@doj.ca.gov
*Attorneys for Defendants
California Department of Managed Health
Care, Mary Watanabe in her official
capacity as Director of the California
Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SKYLINE WESLEYAN CHURCH,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendants. | 3:16-cv-00501-RBM-MSB<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Dept:  5B<br>Judge:  Hon. Ruth Bermudez Montenegro<br>Action Filed:  February 4, 2016 |

Plaintiff requests that this Court enter judgment for plaintiff in light of the August 25, 2022 order in *Foothill v. Watanabe*, No. 2:15-cv-02165-KJM-EFB (E.D. Cal.). *See* Pl.'s Notice of Suppl. Authority at 1 (ECF No. 135). The Court in the *Foothill* matter rendered a determination on the merits, granting summary judgment for the *Foothill* plaintiffs on their free exercise claim. However, the

1 *Foothill* Court explicitly did not rule on the remedies or the scope of injunctive
2 relief.  Pl.'s Notice of Suppl. Authority Ex. 1, at 22 (ECF No. 135-1) (ordering the
3 parties to file "supplemental briefing" "on the remedies and scope of injunctive
4 relief").  The parties' supplemental briefing is due on September 19, 2022, and the
5 parties then have an opportunity to file a responsive brief. *Id*.  Thus, in short, the
6 *Foothill* case has not been fully resolved and the Plaintiff's request that this Court
7 render a decision based on the *Foothill* order is premature.

8     Indeed, the impact of the *Foothill* Court's ruling on the scope of the remedy
9 could have implications for this case.  The *Foothill* plaintiffs have asked for broad
10 injunctive relief that would prohibit DMHC Director Watanabe from enforcing the
11 Knox-Keene Act's "basic health services" requirement "against the Churches *and*
12 *other religious organizations* in a way that substantially burdens the religious belief
13 of any person in violation of the United States Constitution."[1]  Pls.' Second Am.
14 Compl. at 31, Foothill v. Watanabe, No. 2:15-cv-02165-KJM-EFB (E.D. Cal.)
15 (ECF No. 72) (emphasis added); *see also* Pls.' Reply in Supp. Mot. Summ. J. at 7,
16 Foothill v. Watanabe, No. 2:15-cv-02165-KJM-EFB (E.D. Cal.) (ECF No. 124)
17 (seeking an injunction that "restore[s] the status quo as it existed before" the
18 issuance of the letters by requiring DMHC to "notify insurers that the First
19 Amendment allows *churches and religious organizations* to exclude abortion
20 coverage in their plans" (emphasis added)).  The *Foothill* plaintiffs recently
21 reiterated that their requested relief should apply not only to the named plaintiffs
22 but also to "similarly situated churches and religious organizations."  Pls.' Reply in
23 Supp. Mot. Summ. J. at 7, Foothill v. Watanabe, No. 2:15-cv-02165-KJM-EFB
24 (ECF No. 124) (clarifying that the plaintiffs seek an "injunction barring the DMHC

---

[1] Notably, this requested relief this is substantially similar to Plaintiff's requested relief in this case.  Here, Plaintiff has asked for broad injunctive relief, including requesting that the Court permanently enjoin Defendants from enforcing "the Mandate against Skyline Church, its group health insurer, and *others not before the Court*."  Pl.'s Compl. at 19 (ECF No. 1) (emphasis added).

from *applying* the coverage mandate to churches and religious organizations with objections to providing abortion coverage" and noting that anything less than this broad injunctive relief "will lead to piecemeal litigation and be inconsistent with basic principles of justice and fairness").  If the *Foothill* Court grants plaintiffs' requested relief, thereby extending the relief beyond the specific plaintiffs in that case, such relief could extend to the Plaintiff here, remedying Plaintiff's alleged harm and rendering this case moot.  *See, e.g.*, *City & Cnty. of San Francisco v. Garland*, 42 F.4th 1078, 1087 (9th Cir. 2022) ("requests for injunctive relief are only live where 'there is some present harm left to enjoin' and 'a plaintiff who can reasonably be expected to benefit from prospective relief ordered against the defendant'"); *Bayer v. Neiman Marcus Grp.*, 861 F.3d 853, 868 (9th Cir. 2017) ("[W]hat makes [a declaratory judgment] a proper judicial resolution of a 'case or controversy' rather than an advisory opinion is the settling of some dispute *which affects the behavior of the defendant toward the plaintiff*.").

Dated:  September 9, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California

*/s/ Hayley Penan*
HAYLEY PENAN
Deputy Attorney General
KARLI EISENBERG
Supervising Deputy Attorney General
*Attorneys for Defendants California Department of Managed Health Care, Mary Watanabe in her official capacity as Director of the California Department of Managed Health Care*

SD2016600637
36538727.docx

3

# CERTIFICATE OF SERVICE

| Case Name: | **Skyline Wesleyan Church v. CA DMHC** | No. | **3:16-cv-00501-RBM-MSB** |
|---|---|---|---|

I hereby certify that on September 9, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 9, 2022, at Sacramento, California.

| Leticia Aguirre | */s/ Leticia Aguirre* |
|---|---|
| Declarant | Signature |

SD2016600637
35973784.docx