ROB BONTA
Attorney General of California
KARLI EISENBERG
Supervising Deputy Attorney General
State Bar No. 281923
HAYLEY PENAN
Deputy Attorney General
State Bar No. 313693
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7785
 Fax:  (916) 324-5567
 E-mail:  Hayley.Penan@doj.ca.gov
*Attorneys for Defendants
California Department of Managed Health Care, Mary Watanabe in her official capacity as Director of the California Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SKYLINE WESLEYAN CHURCH,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF MANAGED HEALTH CARE; MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendants. | 3:16-cv-00501-RBM-MSB<br><br>**STIPULATION AND [PROPOSED] ORDER AND JUDGMENT**<br><br>Dept.:         5B<br>Judge:        Hon. Ruth Bermudez Montenegro<br>Action Filed:  February 4, 2016 |

This Stipulation ("Stipulation") is entered into between Plaintiff Skyline Wesleyan Church and Defendants California Department of Managed Health Care and Mary Watanabe, in her official capacity as Director of the California

1

Department of Managed Health Care (DMHC), by and through their respective counsel of record. Plaintiff and Defendants hereby stipulate and agree as follows:

1. It is hereby stipulated by and between Plaintiff and Defendants, collectively referred to as the "Parties" and individually as "Party," through their respective counsel, that to effectuate a settlement, the Parties agree to the terms and conditions set forth below:

   a. The Court grant Plaintiff's request for a permanent injunction on its Free Exercise Clause claim.

   b. The Court dismiss with prejudice the remainder of Plaintiff's claims.

   c. The DMHC will consider requests and proposals from Plaintiff for abortion care coverage comporting with its religious beliefs, and approve or provide feedback on the proposed coverage within 30 days.

   d. If and when the DMHC approves coverage language comporting with Plaintiff's beliefs, the DMHC must request Plaintiff's plan submit an amended evidence of coverage document containing the approved language within 30 days.

2. The Parties further agree to the terms and conditions set forth below regarding settlement of attorneys' fees and costs:

   a. Defendants will pay to Plaintiff a total of $900,000 in attorneys' fees and costs (including $50,000 for local counsel and $850,000 for counsel Alliance Defending Freedom).

   b. This payment will completely satisfy Defendants' obligation to pay attorneys' fees and costs in this matter; Plaintiff will not be entitled to any interest.

   c. This payment is contingent upon certification of availability of funds and the approval of the Director of the California Department of Finance.

   d. Plaintiff understands that the submission of the claims bill cannot be made without an order of this Court regarding the Parties' agreement for the payment of attorneys' fees and costs.

   e. If Defendants fail to pay the agreed-upon sum of $900,000 by June 30, 2023, Plaintiff retains the right to pursue an award of attorneys' fees under 42 U.S.C. § 1988.

 3. The Parties stipulate that this Stipulation resolves all of Plaintiff's claims and requested relief.

 4. Upon execution of this Stipulation, the Parties will submit this Stipulation to the Court for approval of its terms and incorporation as an Injunctive Order.

Dated: May 9, 2023   ALLIANCE DEFENDING FREEDOM

By: */s/ Jeremiah Galus* (as authorized on May 9, 2023)
JEREMIAH GALUS
*Attorney for Plaintiff Skyline Wesleyan Church*

Dated: May 9, 2023   CALIFORNIA OFFICE OF THE ATTORNEY GENERAL

By: */s/ Hayley Penan*
HAYLEY PENAN
*Attorneys for Defendants California Department of Managed Health Care, Mary Watanabe in her official capacity as Director of the California Department of Managed Health Care*

SD2016600637

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Skyline Wesleyan Church v. CA DMHC** | No. | **3:16-cv-00501-RBM-MSB** |

I hereby certify that on <u>May 10, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER AND JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 10, 2023</u>, at Sacramento, California.

| Leticia Aguirre | */s/ Leticia Aguirre* |
|---|---|
| Declarant | Signature |

SD2016600637
35973784.docx