

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skyline Wesleyan Church <br><br> **Plaintiff,** <br> **V.** <br> Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care; Mary Watanabe, in her official capacity as Director of the California Department of Managed Health Care <br><br> **Defendant.** | **Civil Action No.** 16CV0501-RBM-MSB <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

All of Plaintiffs claims and requested relief having been resolved pursuant to the parties Stipulation, the Clerk of Court shall enter judgment in accordance with this Order and close the case.

Date:  5/11/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Petersen

J. Petersen, Deputy